ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00035-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE; AND ORDER |
| v. | |
| ANISETO CHAVEZ MIRANDA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On November 17, 2025, the Defendant filed a pro se motion to amend his sentence to add a one-day term of supervision. Docket No. 14. On March 16, 2026, counsel for Defendant entered the case. Docket No. 17. The Government's response is due March 16, 2026.

2. Counsel for the Government requests additional time to obtain information from BOP and meet and confer with Counsel for the Defendant in anticipation of resolving this matter short of continued litigation. Counsel for the Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion as follows:

a)     The Government's response to the Defendant's motion is to be filed on or before

STIPULATION RE BRIEFING SCHEDULE

1

April 6, 2026;

      b)    The Defendant's reply to the Government's response to be filed on or before April 13, 2026.

IT IS SO STIPULATED.

Dated:  March 16, 2026

           ERIC GRANT
           United States Attorney

           */s/ Heiko P. Coppola*
           HEIKO P. COPPOLA
           Assistant United States Attorney

Dated: March, 2026

           */s/ Rachelle Barbour*
           RACHELLE BARBOUR
           Attorney for Defendant
           Aniseto Chavez Miranda

### ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion:

a)    The Government's response to the Defendant's motion, (Docket No. 14), is now due on or before April 6, 2026;

b)    The Defendant's reply to the Government's response, if any, is due on or before April 13, 2026.

IT IS SO FOUND AND ORDERED this 17th day of March, 2026.

Troy L. Nunley
Chief United States District Judge

STIPULATION RE BRIEFING SCHEDULE