HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
RACHELLE BARBOUR, Bar No. 185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Petitioner
ANISETO CHAVEZ-MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00035-TLN |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | **STIPULATION AND ORDER RE: MOTION PURSUANT TO 18 U.S.C. SECTION 3582** |
| ANISETO CHAVEZ-MIRANDA, | ) | |
| Respondents. | ) | |

The parties, Defendant Aniseto Chavez-Miranda, through Assistant Federal Defender Rachelle Barbour, and the United States of America, through AUSA Heiko Coppola, hereby stipulate and agree to the entry of an Amended Judgment adding one day of Supervised Release to Mr. Chavez-Miranda's sentence in this case.

Mr. Chavez-Miranda filed a pro se petition under 18 U.S.C. § 3582 (Doc. 14) requesting that the Court add one day of Supervised Release to his sentence to enable him to be eligible to receive his FSA earned time credits in BOP.  Undersigned Defense Counsel represented Mr. Chavez-Miranda in the sentencing on April 17, 2025 before this Court.  At that hearing, the Court sentenced Mr. Chavez-Miranda to 36 months in the Bureau of Prisons.  Defense Counsel was not aware at that time that Mr. Chavez-Miranda would not be eligible to use his earned time credits under the First Step Act unless he received at least one day of TSR.

Mr. Chavez-Miranda's petition indicates that he has been told by BOP that he is eligible

*Chavez-Miranda* – Stipulation and ORDER

-1-

for earned time credits, indicating that he does not have a final order of removal that would otherwise disqualify him. (Doc. 14, p. 1.) The Government has obtained records from BOP that confirms that Mr. Chavez-Miranda has accrued credits but cannot apply them because there is no term of supervision. Those records indicate that Mr. Chavez-Miranda has been deemed a low recidivism risk by BOP.

The parties agree and stipulate that this matter should be resolved by amending Mr. Chavez-Miranda's judgment to add one day of TSR. Mr. Chavez-Miranda is not seeking a sentence reduction but rather asking for one day of TSR to be *added* to his sentence to render him eligible to participate in the BOP First Step Act program allowing potential early release to supervision. *See United States v. Oprea*, Case No. 11-cr-64-1-SM, 2023 U.S. Dist. LEXIS 188648, *7 (D. N.H. Oct. 20, 2023)(adding one year TSR for this reason); *United States v. Sanchez*, No. 16-CR-661-1 (ARR), 2024 U.S. Dist. LEXIS 43529 (E.D.N.Y. Mar. 12, 2024) (adding one day TSR); *United States v. Nunez-Hernandez*, No. Cr. 14-20(8) (MJD), 2023 U.S. Dist. LEXIS 77578 (D. Minn. Apr. 27, 2023)(adding one month of TSR); *United States v. Nienadov*, 2023 U.S. Dist. LEXIS 107812, 2023 WL 4139026 (S.D. Tex. June 21, 2023)(reducing prison sentence by one month and adding one-year TSR). It will be for the BOP to determine if Mr. Chavez-Miranda meets the other eligibility requirements, including that he maintain a minimum or low risk to recidivate, and that he not pose a potential danger to the community. 18 U.S.C. § 3624(g)(1)(D).

In light of Mr. Chavez-Miranda's unique circumstances, the parties stipulate and request that the Court add one-day of supervised release to his sentence, subject to the standard and mandatory conditions imposed by this Court, and that an amended judgment be issued and provided to the Bureau of Prisons.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 7, 2026

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender

*Chavez-Miranda* – Stipulation and ORDER

-2-

Date: April 7, 2026                          ERIC GRANT
                                             United States Attorney


                                             */s/ Heiko Coppola*_____
                                             HEIKO COPPOLA
                                             Assistant United States Attorney



                                    ORDER

         The Judgment in this matter shall be amended to add one day of Supervised Release to

the sentence, subject to the standard and mandatory conditions in this District. An Amended

Judgment shall issue.


Dated: April 8, 2026

                                             _____
                                             TROY L. NUNLEY
                                             CHIEF UNITED STATES DISTRICT JUDGE

*Chavez-Miranda* – Stipulation and              -3-
ORDER